THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX WOLFISH,

Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.